ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS #890149
Assistant Attorney-in-Charge
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: marc.abrams@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAUL THOMAS, MD,<br><br>    Plaintiff,<br><br>v.<br><br>KATHLEEN HARDER, SAURABH GUPTA, ERIN CRAMER, ROBERT CAHN, JAMES LACE, CHARLOTTE LIN, PATTI LOUIE, JENNIFER LYONS, ALI MAGEEHON, CHERE PEREIRA, CHRIS POULSEN, ANDREW SCHINK, JILL SHAW, ANTHONY DOMENIGONI, PAULA LEE-VALKOV, RICK GOLDSTEIN, ERIC BROWN, JASON BOEMMELS, DAVID FARRIS,<br><br>    Defendants. | Case No. 3:22-cv-00944-JR<br><br>**DEFENDANTS' RESPONSE TO PAUL THOMAS' OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |

Plaintiff's Objections to the Magistrate's proposed Findings and Recommendations are no more than a repetition of the arguments made, responded to and rejected by the Magistrate. Defendants refer the Court to their briefing on the underlying motion to dismiss (Docket Nos. 6, 10), suggest that there is no basis on which to distinguish *Gambee I* or *II* or the decision in *LaTulippe*.

Page 1 -   **DEFENDANTS' RESPONSE TO PAUL THOMAS' OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**
MA/km7/595277440

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Accordingly, defendants suggest the Magistrate's Findings and Recommendations are appropriate, properly based on the record, and should be adopted in full by the Court.

DATED October __26__, 2022.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

___s/ Marc Abrams___
MARC ABRAMS #890149
Assistant Attorney-in-Charge
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
marc.abrams@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   **DEFENDANTS' RESPONSE TO PAUL THOMAS' OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**
MA/km7/595277440

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000