Stephen J. Joncus
Oregon Bar No. 013072
JONCUS LAW P.C.
13203 SE 172nd Ave Ste 166 #344
Happy Valley, Oregon 97086
Telephone: (971) 236-1200
Facsimile: (971) 244-7997
steve@joncus.net

*Attorney for Paul Thomas, M.D.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| Paul Thomas, MD, <br><br> Plaintiff, <br><br> v. <br><br> Kathleen Harder, MD; Saurabh Gupta, MD; Erin Cramer, PA-C; Robert Cahn, MD; James Lace, MD; Charlotte Lin, MD; Patti Louie, PhD; Jennifer Lyons, MD; Ali Mageehon, PhD; Chere Pereira; Chris Poulsen, DO; Andrew Schink, DPM; Jill Shaw, DO; Eric Brown; Jason Boemmels; and David Farris, MD, <br><br> Defendants. | Case No.: 3:22-cv-944-JR <br><br> **NOTICE OF APPEAL** |

Notice is given that Paul Thomas, M.D. hereby appeals the final judgment from the District of Oregon to the United States Court for the Ninth Circuit. This is not a cross-appeal and there was no previous appeal in this case. This case was first filed in the District of Oregon on June 30, 2022. The case was dismissed on July 6, 2023, docket entry number 26.

| **Appellant** | **Counsel for Appellant** |
|---|---|
| Paul Thomas, M.D. | Stephen J. Joncus<br>JONCUS LAW P.C.<br>13203 SE 172nd Ave Ste 166 #344<br>Happy Valley, Oregon 97086<br>971.236.1200<br>steve@joncus.net<br><br>(registered for electronic filing in the 9th Cir.) |
| **Appellees** | **Counsel for Appellees** |
| Kathleen Harder, MD;<br>Saurabh Gupta, MD;<br>Erin Cramer, PA-C;<br>Robert Cahn, MD;<br>James Lace, MD;<br>Charlotte Lin, MD;<br>Patti Louie, PhD;<br>Jennifer Lyons, MD;<br>Ali Mageehon, PhD;<br>Chere Pereira;<br>Chris Poulsen, DO;<br>Andrew Schink, DPM;<br>Jill Shaw, DO;<br>Eric Brown;<br>Jason Boemmels; and<br>David Farris, MD. | Marc Abrams<br>Oregon Department of Justice<br>Trial Division, Special Litigation Unit<br>100 SW Market Street<br>Portland, OR 97201<br>971-673-1880<br>marc.abrams@doj.state.or.us<br><br>Allie M. Boyd<br>Oregon Department of Justice<br>Trial Division, Special Litigation Unit<br>100 SW Market Street<br>Portland, OR 97201<br>971-673-1880<br>allie.m.boyd@doj.state.or.us |

Respectfully submitted,

Dated: July 6, 2023     By:     s/ *Stephen J. Joncus*
**Stephen J. Joncus**, OSB No. 013072
Email: steve@joncus.net
JONCUS LAW P.C.
13203 SE 172nd Ave Ste 166 #344
Happy Valley, Oregon 97086
Telephone: (971) 236-1200
Facsimile: (971) 244-7997
steve@joncus.net

*Attorney for Plaintiff Paul Thomas M.D.*